## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OCONNOR, DAVID L. | § | Case No. 07-18649 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/30/2011 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/30/2011          By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
OCONNOR, DAVID L. §  Case No. 07-18649
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,024.94 |
| and approved disbursements of | $ | 59.20 |
| leaving a balance on hand of[1] | $ | 21,965.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,952.49 | $ 0.00 | $ 2,952.49 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $  2,952.49 |
| Remaining Balance | $  19,013.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 220,714.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | JPMorgan Chase Bank, N.A. | $ 88,803.08 | $ 0.00 | $ 7,649.84 |
| 000003 | Chase Bank USA, NA | $ 26,070.28 | $ 0.00 | $ 2,245.80 |
| 000004 | Chase Bank USA, NA | $ 7,810.17 | $ 0.00 | $ 672.80 |
| 000005 | Land Rover | $ 8,383.28 | $ 0.00 | $ 722.17 |
| 000006 | American Express Bank FSB | $ 40,280.59 | $ 0.00 | $ 3,469.93 |
| 000007 | American Express Bank FSB | $ 6,144.73 | $ 0.00 | $ 529.33 |
| 000008 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 28,222.86 | $ 0.00 | $ 2,431.23 |
| 000009 | JPMorgan Chase Bank, NA c/o Esther Bullock | $ 15,000.00 | $ 0.00 | $ 1,292.15 |
| | Total to be paid to timely general unsecured creditors | | $ | 19,013.25 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Suzanne O'Connor | $ 0.00 | $ 0.00 | $ 0.00 |

|   |   |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 07-18649-JHS
David L. O'Connor                                                   Chapter 7
       Debtor                    CERTIFICATE OF NOTICE
```

```
District/off: 0752-1          User: nmolina              Page 1 of 1       Date Rcvd: Aug 31, 2011
                              Form ID: pdf006            Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2011.
```
db           +David L. O'Connor,   715 Walnut Drive Apt 103,    Darien, IL 60561-4748
aty          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
               Chicago, IL 60625-5104
aty          +John E Gierum,    Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
11666809      American Express Bank FSB,    P O Box 3001,   Malvern, PA 19355-0701
12288816      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11666810     +Bank Of America,    P.O. Box 17054,   Wilmington, DE 19884-0001
12180329     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11666811     +Capital 1 Bank,    11013 W. Broad Street,   Glen Allen, VA 23060-5937
11666812      Capital One Bank,    P.O. Box 60024,   City Of Industry, CA 91716-0024
11666813     +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
11666814      Chase,   P.O. Box 9001022,   Louisville, KY 40290-1022
12180953      Chase Bank USA, NA,    PO BOX 15145,   Wilmington, DE 19850-5145
11666815      Chase Cardmember Services,    P.O. Box 15153,   Wilmington, DE 19886-5153
11666816     +Countrywide Home Loans, Inc.,    5220 LasVirgenes Road,    MSAC-11,   Calabasas, CA 91302-1064
11666808     +Gierum & Mantas,    9700 W Higgins Road,   Suite 1015,    Rosemont, IL 60018-4712
11747671     +JPMorgan Chase Bank, N.A.,    merger to Bank One NA,    Crowley & Lamb PC c/o Adela C Lucchesi,
               350 N Lasalle Street Ste 900,    Chicago, Il 60654-5136
12666770     +JPMorgan Chase Bank, N.A., c/o Terri Reichlein,    Portfolio Management Center - AZ1-2004,
               1820 E. Sky Harbor Circle South,    Phoenix, AZ 85034-4810
12666698     +JPMorgan Chase Bank, NA c/o Esther Bullock,    P.O. Box 29550 - AZ1-2004,   Phoenix, AZ 85038-9550
12666718     +JPMorgan Chase Bank, NA, ATTN: Adela C. Lucchesi,    350 N. LaSalle Street - Suite 900,
               Chicago, Illinois 60654-5136
11691492     +Land Rover,    National Bankruptcy Service Center,    PO Box 537950,   Livonia, MI 48153-7950
12207796     +Land Rover,    P O Box 537950,   Livonia MI 48153-7950
11666817     +Landrover Capital,    P.O. Box 680020,   Franklin, TN 37068-0020
11666818      Nationwide Credit, Inc.,    3835 N. Freeway Blvd., Ste. 100,    Sacramento, CA 95834-1954
11666807     +O'Connor David L,    715 Walnut Drive,   Apt 103,    Darien, IL 60561-4748
12618211     +Suzanne O'Connor,    c/o Cindy M. Johnson,   Johnson & Newby, LLC,    39 S. LaSalle Street,
               Suite 820,    Chicago, Illinois 60603-1616
12405233     +Suzanne O'Connor,    c/o Johnson & Newby, LLC,    39 S. LaSalle Street,   Suite 820,
               Chicago, Illinois 60603-1616
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12397514     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2011 02:10:20
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12312729*     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2011**          **Signature:** *Joseph Speetjens*