UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
OCONNOR, DAVID L. § Case No. 07-18649
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Landrover Capital |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Bank |  |  |  |  |  |
|  | Countrywide Home Loans |  |  |  |  |  |
| 000005 | LAND ROVER |  |  |  |  |  |
| 000006 | AMERICAN EXPRESS BANK FSB |  |  |  |  |  |
| 000007 | AMERICAN EXPRESS BANK FSB |  |  |  |  |  |
| 000003 | CHASE BANK USA, NA |  |  |  |  |  |
| 000004 | CHASE BANK USA, NA |  |  |  |  |  |
| 000008 | FIA CARD SERVICES, N.A./BANK OF AME |  |  |  |  |  |
| 000002 | JPMORGAN CHASE BANK, N.A. |  |  |  |  |  |
| 000009 | JPMORGAN CHASE BANK, NA C/O ESTHER |  |  |  |  |  |
| 000010 | SUZANNE O'CONNOR |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-18649 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | OCONNOR, DAVID L. | | Date Filed (f) or Converted (c): | 10/10/07 (f) |
| | | | 341(a) Meeting Date: | 04/08/08 |
| For Period Ending: | 06/19/12 | | Claims Bar Date: | 07/11/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. pocket cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 2. checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 3. checking ($9226 is homestead) | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 4. normal household goods and related | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. normal wardrobe and related | 800.00 | 0.00 | DA | 0.00 | FA |
| 6. 100% ownership Oak Funding, Ltd. | 250.00 | 0.00 | DA | 0.00 | FA |
| 7. '05 Landrover Freelander | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 8. potential lawsuit v. ex-spouse (u) | Unknown | 0.00 | | 22,000.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 25.30 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $33,970.00 | $0.00 | | $22,025.30 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final distribution checks issued 9/30/11; waiting for -0- balance bank statement before filing TDR

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 05/30/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-18649 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | OCONNOR, DAVID L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7585  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3307 | | |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/22/08 | | Linda Lee Stinauer 1701 S. 1st Ave. #204 Maywood IL 60153 | Settlement with Debtor | 22,000.00 | | | | | 22,000.00 |
| 07/22/08 | 8 | Asset Sales Memo: | potential lawsuit v. ex-spouse $22,000.00 | | | | | | 22,000.00 |
| 07/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 0.72 | | | | 22,000.72 |
| 08/29/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 2.79 | | | | 22,003.51 |
| 09/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 2.71 | | | | 22,006.22 |
| 10/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 2.13 | | | | 22,008.35 |
| 11/28/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 1.80 | | | | 22,010.15 |
| 12/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.11 | | | | 22,011.26 |
| 01/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.18 | | | | 22,011.44 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | | | 23.81 | | | 21,987.63 |
| 02/27/09 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.17 | | | | 21,987.80 |
| 03/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.19 | | | | 21,987.99 |
| 04/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.48 | | | | 21,988.47 |
| 05/29/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,989.02 |
| 06/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,989.57 |
| 07/31/09 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.56 | | | | 21,990.13 |
| 08/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.56 | | | | 21,990.69 |
| 09/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.54 | | | | 21,991.23 |
| 10/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,991.78 |
| 11/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,992.33 |
| 12/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.56 | | | | 21,992.89 |
| 01/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,993.44 |
| 02/26/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.51 | | | | 21,993.95 |
| 03/06/10 | 000102 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | | | 18.67 | | | 21,975.28 |
| 03/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.57 | | | | 21,975.85 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 7)

Ver: 16.06b

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-18649 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | OCONNOR, DAVID L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7585  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3307 | | | |
| For Period Ending: | 06/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 04/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.54 | | | | 21,976.39 |
| 05/28/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.56 | | | | 21,976.95 |
| 06/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,977.50 |
| 07/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,978.05 |
| 08/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.57 | | | | 21,978.62 |
| 09/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.54 | | | | 21,979.16 |
| 10/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,979.71 |
| 11/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.55 | | | | 21,980.26 |
| 12/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.56 | | | | 21,980.82 |
| 01/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.56 | | | | 21,981.38 |
| 02/19/11 | 000103 | International Sureties<br>701 Polydras St.  #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | | | 16.72 | | | 21,964.66 |
| 02/28/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.17 | | | | 21,964.83 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.19 | | | | 21,965.02 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.17 | | | | 21,965.19 |
| 05/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.19 | | | | 21,965.38 |
| 06/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.18 | | | | 21,965.56 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.18 | | | | 21,965.74 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.19 | | | | 21,965.93 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.17 | | | | 21,966.10 |
| 09/30/11 | | Transfer to Acct #*******6067 | Final Posting Transfer | | | | | -21,966.10 | 0.00 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-18649 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | OCONNOR, DAVID L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7585 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3307 | | | |
| For Period Ending: | 06/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account *******7585 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 22,000.00 | 3 | Checks | 59.20 |
| | 39 | Interest Postings | 25.30 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 21,966.10 |
| | | Subtotal | $ 22,025.30 | | | |
| | | | | | Total | $ 22,025.30 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 22,025.30 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-18649 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | OCONNOR, DAVID L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6067 Checking - Non Interest |
| Taxpayer ID No: | *******3307 | | |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/30/11 | | Transfer from Acct #*******7585 | Transfer In From MMA Account | | | | | 21,966.10 | 21,966.10 |
| 09/30/11 | 001001 | Brenda Porter Helms | Trustee compensation | | | 2,952.48 | | | 19,013.62 |
| 09/30/11 | 001002 | JPMorgan Chase Bank, N.A. merger to Bank One NA Crowley & Lamb PC c/o Adela C Lucchesi 350 N Lasalle Street Ste 900 Chicago, Il 60610 | Final Distribution | | | 7,649.99 | | | 11,363.63 |
| 09/30/11 | 001003 | Chase Bank USA, NA PO BOX 15145 Wilmington, DE 19850-5145 | Final Distribution | | | 2,245.84 | | | 9,117.79 |
| 09/30/11 | 001004 | Chase Bank USA, NA PO BOX 15145 Wilmington, DE 19850-5145 | Final Distribution | | | 672.81 | | | 8,444.98 |
| * 09/30/11 | 001005 | Land Rover P O Box 537950 Livonia MI 48153-9950 | Final Distribution | | | 722.18 | | | 7,722.80 |
| 09/30/11 | 001006 | American Express Bank FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Final Distribution | | | 3,470.00 | | | 4,252.80 |
| 09/30/11 | 001007 | American Express Bank FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Final Distribution | | | 529.34 | | | 3,723.46 |
| 09/30/11 | 001008 | FIA CARD SERVICES, N.A./BANK OF AMERICA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Final Distribution | | | 2,431.27 | | | 1,292.19 |
| 09/30/11 | 001009 | JPMorgan Chase Bank, NA c/o Esther Bullock P.O. Box 29550 - AZ1-2004 Phoenix, AZ 85038 | Final Distribution | | | 1,292.19 | | | 0.00 |

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-18649 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | OCONNOR, DAVID L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6067 Checking - Non Interest |
| Taxpayer ID No: | *******3307 | | |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| * 03/14/12 | 001005 | Land Rover<br>P O Box 537950<br>Livonia MI 48153-9950 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | | -722.18 | | | 722.18 |
| 03/19/12 | 001010 | Land Rover | final distribution | | | 722.18 | | | 0.00 |

Account *******6067  Balance Forward      0.00
0 Deposits              0.00            11 Checks           21,966.10
0 Interest Postings     0.00             0 Adjustments Out       0.00
                                         0 Transfers Out         0.00
Subtotal             $  0.00
                                            Total         $ 21,966.10
0 Adjustments In        0.00
1 Transfers In      21,966.10

Total              $ 21,966.10

Report Totals      Balance Forward       0.00
 1 Deposits            22,000.00         14 Checks           22,025.30
39 Interest Postings       25.30          0 Adjustments Out       0.00
                                          1 Transfers Out    21,966.10
Subtotal          $ 22,025.30
                                            Total         $ 43,991.40
0 Adjustments In        0.00
1 Transfers In     21,966.10

Total             $ 43,991.40          Net Total Balance  $     0.00

/s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 06/19/12
            BRENDA PORTER HELMS, TRUSTEE

LFORM2XT                                                                                           Ver: 16.06b
**UST Form 101-7-TDR (5/1/2011) (Page: 11)**